FILED

08 MAR 26 PM 3:10

'08 CR 0884 H

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | Criminal Case No. 08CR0884 H |
|                                    ) | |
|     Plaintiff, ) | I N D I C T M E N T |
|                                    ) | |
|     v.          ) | Title 8, U.S.C., Secs. 1326(a) |
|                                    ) | and (b) - Deported Alien Found |
| JESUS MARROQUIN-FRIAS,             ) | in the United States |
|                                    ) | |
|     Defendant.  ) | |

The grand jury charges:

On or about January 2, 2008, within the Southern District of California, defendant JESUS MARROQUIN-FRIAS, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

//
//
//

CJB:fer:San Diego
3/24/08

It is further alleged that defendant JESUS MARROQUIN-FRIAS was removed from the United States subsequent to August 7, 1995.

DATED: March 26, 2008.

A TRUE BILL;

_/s/_  
Foreperson

KAREN P. HEWITT  
United States Attorney

By: _/s/_  
CARLA J. BRESSLER  
Assistant U.S. Attorney