FILED
08 MAR 26 PM 3:10

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. '08 CR 0884 H |
| Plaintiff, ) | |
| v. ) | NOTICE OF RELATED CASE |
| JESUS MARROQUIN-FRIAS, ) | |
| Defendant. ) | |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to <u>United States of America v. Jesus Marroquin-Frias</u>, Criminal Case No. 08CR0167-H.

DATED: March 26, 2008.

KAREN P. HEWITT
United States Attorney

CARLA J. BRESSLER
Assistant U.S. Attorney