1  **SHAFFY MOEEL**
   California State Bar No. 238732
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  shaffy_moeel@fd.org

5
   Attorneys for Mr. Marroquin-Frias
6

7

8                     UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10                    **(HONORABLE MARILYN L. HUFF)**

11 | UNITED STATES OF AMERICA, | ) | CASE NO. 08CR0884-MLH |
|---|---|---|
| Plaintiff, | ) | DATE: May 19, 2008 |
| | ) | TIME: 2:00 p.m. |
| v. | ) | |
| | ) | NOTICE OF MOTIONS AND MOTIONS TO: |
| JESUS MARROQUIN-FRIAS, | ) | |
| | ) | |
| Defendant. | ) | (1) PRESERVE EVIDENCE AND COMPEL PRODUCTION OF DISCOVERY; AND |
| | ) | (2) GRANT LEAVE TO FILE FURTHER MOTIONS. |

19  TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY;
         DAVID LESHNER, ASSISTANT UNITED STATES ATTORNEY:

21        PLEASE TAKE NOTICE that on May 19, 2008 at 2:00 p.m., Jesus Marroquin-Frias, by and

22  through his attorneys, Shaffy Moeel and Federal Defenders of San Diego, Inc., will ask this Court to enter

23  an order granting the following motions:

24        (1)  compelling discovery and preservation of evidence; and

25        (2)  granting leave to file further motions.

26  //

27  //

28  //

1   These motions are based upon the instant motions and notice of motions, the attached statement
2 of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and
3 any and all other materials that may come to this Court's attention prior to or during the hearing of these
4 motions.

Respectfully submitted,

Dated: May 13, 2008        */s/ Shaffy Moeel*
**SHAFFY MOEEL**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Marroquin-Frias